Argued and submitted January 27, affirmed March 22, 1989

In the Matter of the Marriage of

RHODES,
*Respondent,*
*and*

RHODES,
*Appellant.*

(CV87-0623; CA A48985)

770 P2d 615

Larry W. Stuber, Corvallis, argued the cause for appellant. With him on the brief were Patrick L. Hadlock, Robert G. Ringo and Ringo & Stuber, P.C., Corvallis.

Steven P. Allen, Corvallis, argued the cause and filed the brief for respondent.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Edmonds, J., dissenting.

**PER CURIAM**

Even on *de novo* review, the burden is on the appellant to demonstrate that the trial court erred. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207 (1977). Appellant has not met that burden, and the judgment of the trial court is affirmed.

Affirmed. No costs to either party.

**EDMONDS, J.,** dissenting.

On *de novo* review, I would delete the award of permanent spousal support.